No. 92–7671. DUGAZON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 92–7679. MCCRAVY v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 92–7684. BANKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 92–7689. HEBESTREIT v. BROWN ET AL. C. A. 6th Cir. Certiorari denied. 

No. 92–7692. JONES v. THOMAS. C. A. 10th Cir. Certiorari denied. 

No. 92–7694. GROSSMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 92–7695. SORRELLS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 92–7704. DAHLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 92–7706. DAVIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 92–7708. CANUL-BASTO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 92–7732. MILLER v. MILLER, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 92–7743. BRYDGES v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 92–916. NEBRASKA v. HICKS. Sup. Ct. Neb. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 92–1232. FORD, WARDEN v. HAMILTON. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 